# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No.: | CR 20-00537-AB | Date: | January 30, 2025 |
|---|---|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|
| Interpreter: | N/A |

| Daniel Tamayo | Laura Elias | Lyndsi Camille Allsop |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Kenneth Lee Hilbrant, Jr | √ | | | DFPD, Antonio Villaamil | √ | √ | |

**Proceedings:** STATUS CONFERENCE (Held and Completed)

Court and counsel confer regarding the Defendant's progress while on supervised release.

For the reasons stated on the record, a further Status Conference is set for **April 18, 2025, at 1:30 p.m. via Zoom.**

IT IS SO ORDERED.

CC: USPO

|  | : | 10 |
|---|---|---|
| | Initials of Deputy Clerk | DTA |