

FILED
CLERK, U.S. DISTRICT COURT

OCT 2 9 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

        v.

KENNETH LEE HILBRANT JR.,

            Defendant.

CASE NO. CR-20-00537-AB

ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions)

On arrest warrant issued by the United States District Court for the _Central District of California_ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. ( ✓ )  the appearance of defendant as required; and/or

    B. ( )  the safety of any person or the community.

2. The Court concludes:

    A. ( )  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1    other persons or the community.  Defendant poses a risk to the

2    safety of other persons or the community based on:

3    _____

4    _____

5    _____

6    _____

7    _____

8    B. ( ✓)    Defendant has failed to demonstrate by clear and convincing

9    evidence that he is not likely to flee if released.  Defendant poses

10    a flight risk based on: _absconded from supervision;_

11    _change of residence (apparent)_

12    _____

13    _____

14    _____

15    _____

16    IT IS ORDERED that defendant be detained.

17

18

19

20    DATED: October 29, 2025

    Alicia G. Rosenberg

    HONORABLE ALICIA G. ROSENBERG

21        UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07)